**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION**

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUN - 5 2020

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO: 5:20-MJ-0056-H-BQ-1 |
| | § | |
| EMMANUEL QUINONES | § | |

## ORDER OF DETENTION PENDING TRIAL

At the defendant's initial appearance, the United States moved to detain the defendant pending trial.

_____ Defendant is in custody based upon another offense, making release moot in this proceeding. Therefore, the detention hearing is postponed until such time as defendant's custodial status on the other matter changes. If it does, defendant's attorney shall file a motion to reconsider detention, and a detention hearing shall be scheduled.

__X__ Defendant and his/her attorney filed a written waiver of detention hearing. Defendant with advice of counsel agreed that an order of detention could be entered without further evidence based solely on the grounds stated in the United States' motion for pre-trial detention. Therefore, it is found that the motion for pre-trial detention, bond report, and the charging document constitute clear and convincing evidence that there is no condition or combination of conditions of release that will reasonably assure the appearance of the defendant as required and/or the safety of any other person and the community.

It is, therefore, ORDERED that defendant be detained without bond pending trial. Defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**DATED**: June 5, 2020.

_____
**D. GORDON BRYANT, JR.
UNITED STATES MAGISTRATE JUDGE**