IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CASE NO. 5:20-MJ-056-BQ (ECF) |
| § | |
| EMMANUEL QUINONES § | |
| § | |
| Defendant. § | |

## ACCEPTANCE OF COURT-APPOINTED COUNSEL
## AND ASSERTION OF FIFTH AND SIXTH AMENDMENT RIGHTS

I, the above named defendant, hereby acknowledge and accept the appointment of counsel. I recognize the attorney appointed as my attorney for all purposes related to any law enforcement inquiry of any criminal activity, including immigration status. While I understand that the appointment of the attorney is for the purposes of representation in the above-styled case only, I request to consult with this attorney prior to any questioning by law enforcement personnel related to any allegation of criminal wrongdoing. I hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all interactions with the government or its agents. I will not waive any of my constitutional rights except in the presence of counsel, and I do not want the government or its agents to contact me seeking my waiver of any rights unless my counsel is present.

_____        _____
EMMANUEL QUINONES                       SARAH GUNTER
                                        Assistant Federal Public Defender
                                        Bar No. 24035471
06/04/2020                              Federal Public Defender's Office
_____        1205 Texas Avenue, Room 507
Date                                    Lubbock, TX  79401
                                        Telephone: (806) 472-7236
                                        Fax: (806) 472-7241
                                        E-mail: sarah_gunter@fd.org

                                        **Attorney for Defendant**